UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>ROBERT A. MACARTHUR | ) ) ) ) ) ) ) ) ) CHAPTER 13<br><br>Case No. 10-15596-jnf |

**CREDITOR, ENERGY NORTH INC'S, MOTION TO DISMISS CHAPTER 13 CASE OF DEBTOR, ROBERT A. MACARTHUR**

NOW COMES Energy North, a creditor of the above-captioned debtor, pursuant to 11 U.S.C. § 109(e) and Massachusetts Local Rule of Bankruptcy Procedure Appendix 1, Rule 13-17 and requests that this Honorable Court enter an Order dismissing the Debtor's Chapter 13 case. In support of this request, Energy North states as follows:

1. The Debtor, Robert A. MacArthur ("MacArthur"), commenced this case by filing a Chapter 13 petition on or about May 24, 2010.

2. On or about June 15, 2010, MacArthur filed his schedules and statements.

3. MacArthur's Schedule D lists his secured debts as totaling $1,872,020.84 with the amount of $89,903.69 being undersecured.

4. MacArthur failed to schedule Energy North as a secured creditor despite the fact that it has recorded executions against several parcels of MacArthur's real estate.

5. None of the debts listed on MacArthur's Schedule D are identified as being contingent, disputed, or unliquidated.

6.  Section 109(e) of the Bankruptcy Code provides that an individual cannot be a Chapter 13 debtor unless, inter alia, his "noncontingent, liquidated, secured debts [are] less than $1,081,400." See 11 U.S.C. § 109(e).

7.  Chapter 13 cases are routinely dismissed when the debtor does not satisfy the debt limitations set forth in 11 U.S.C. § 109(e). E.g., In re Pettey, 288 B.R. 14, 18-19 (Bankr. D. Mass. 2003); In re Glance, 487 F.3d 317, 319 (6th Cir. 2007).

8.  Even assuming, arguendo, that MacArthur qualified as a chapter 13 debtor, his proposed plan is not confirmable as it does not come within striking distance of satisfying the liquidation analysis: according to his plan, unsecured creditors would receive $345,727 in a Chapter 7 liquidation while they will only receive a mere $3,218.74 under his Chapter 13 plan. See 11 U.S.C. § 1325(a)(4).

9.  Because MacArthur's noncontingent, liquidated secured debts set forth on his Schedule D exceed the limitations set forth in 11 U.S.C. § 109(e) ($1,081,400) he cannot be a Chapter 13 debtor and his case must be dismissed.

WHEREFORE, Energy North respectfully requests that this Honorable Court enter an order dismissing this Chapter 13 case.

Energy North, Inc.,
By its Attorney,

/s/ SCOTT D. CARMAN
_____
Scott D. Carman, Esq. BBO# 672569
Gallant & Ervin, LLC
One Olde North Road, Suite 103
Chelmsford, MA 01824
(978) 256-6041
scott@gallant-ervin.com

## CERTIFICATE OF SERVICE

I, Scott D. Carman, do hereby certify that on this 25th day of June, 2010, I served the foregoing Motion to Dismiss on the following parties by ECF:

Carolyn Bankowski
Chapter 13 Trustee

John Fitzgerald
United States Trustee

Anthony V. Rozzi
Counsel to the Debtor

-and-

I, Scott D. Carman, do hereby certify that on this 25th day of June, 2010, I served the foregoing Motion to Dismiss on the following parties by first class mail:

Beverly Cooperative Bank
254 Cabot Street
Beverly, MA 01915

Ford Motor Credit Company
P.O Box 55000
Detroit, MI 48255

M&T Bank
1 Fountain Plz Fl 3
Buffalo, NY 14203

Philip J. Hansbury
281 Willow Street
MA 01986

Wells Fargo
P.O.Box 98784
Las Vegas, NV 89193-8784

AMEX
P.O Box 297871
Fort Lauderdale, FL 33329

Aspire
P.O Box 105555
Atlanta, GA 30348

Attorney Tyler Pentoliros
145 South Main Street
Haverhill, MA 01835

Attorney Wendy C. Heller
P.O Box 1235
East Hampstead, NH 03826

Attorney William R. Wohlsifer
1100 East Park Ave
Tallahassee, FL 32301

Bennett Law
10542 South Jordan Gateway
Suite 200
South Jordan, UT 84095

Cap One
P.O Box 85520
Richmond, VA 23285

Chase
P.O Box 15298
Wilmington, DE 19850

Citi/Shell
P.O Box 6497
Sioux Falls, SD 57117

City of Beverly
P.O Box 178
Medford, MA 02155

Coface Collections North America, Inc.
P.O Box 8510
Metairie, LA 70011

Credit Information Bureau, Inc.
70 Jefferson Blvd., Floor 4
Warwick, RI 02888

Credit Services Inc.
41 Simmons Street
P.O Box 746
Nashua, NH 03061

CST Co.
P.O Box 33127
Louisville, KY 40232

Davelind Motorsports
267 Dedham Street
Norfolk, MA 02056

Epping Police Department
37 Pleasant Street
Epping, NH 03042

FairPoint Communication
P.O Box 11021
Lewiston, ME 04243

National Grid
P.O Box 1005
Woburn, MA 01807

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

New England Racing Fuel, Inc.
271 Spielman Hwy
Burlington, CT 06013

Northeast Hospital Corporation
P.O Box 7050
Beverly, MA 01915

Public Services of NH
Energy Service
P.O Box 330
Manchester, NH 03105

Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154

Torromeo Industries, Inc.
P.O Box 2308
Methuen, MA 01844

Verizon
P.O Box 1100
Albany, NY 12250-0001