UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  Robert A. Macarthur						Chapter 13
SSN xxx-xx-4016							Case No: 10-15596-JNF

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
NOTICE OF BAR DATE OBJECTIONS/RESPONSES

Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case, and in support thereof states as follows:

1. On May 24, 2010, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code. A Plan was filed on June 15, 2010.

2. On July 8, 2010, the Trustee convened and presided at a meeting of creditors as required by 11 USC §341. The Debtor failed to appear and be examined as required by 11 U.S.C. §343, which is grounds for dismissal.

3. The Debtor is in arrears according to the terms of the proposed plan totaling $2,100.00 which is equal to 1 month of plan payment(s). This amount does not include the current month and may increase prior to hearing. Failure to make plan payments is cause for dismissal pursuant to 11 U.S.C. §1307(c).

WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,
By: /s/ **Carolyn A. Bankowski**
Carolyn A. Bankowski, BBO #631056
Patricia A. Remer, BBO#639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com

Date: July 9, 2010

km

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  Robert A. Macarthur                Chapter 13
    SSN xxx-xx-4016                    Case No: 10-15596-JNF

ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is dismissed.

Dated: _____

U.S. Bankruptcy Judge

km

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  Robert A. Macarthur                              Chapter 13
SSN xxx-xx-4016                                          Case No: 10-15596-JNF

NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty (20) days of the date hereof.  If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated: July 9, 2010

/s/ **Carolyn A. Bankowski, Esq.**
Carolyn A. Bankowski

SERVICE LIST

| | |
|---|---|
| Robert A. Macarthur<br>16 Ropes Street<br>Beverly, MA 01915 | Anthony V. Rozzi, Esq.<br>The Law Offices of Anthony V. Rozzi<br>21 Wingate St.<br>Suite 104<br>Haverhill, MA 01832 |

km