**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

_____

IN RE                                                             : CHAPTER 13
ROBERT A. MACARTHUR                              : CASE NO. 10-15596JNF

DEBTOR

_____

## OBJECTION TO CHAPTER 13 PLAN

Ford Motor Credit Company LLC formerly Ford Motor Credit Company hereby objects to the debtor's Chapter 13 Plan (the "Plan") since it provides for unequal payments with a "$60,000.00 lumpsum payment in month 60".

1.  11 U.S.C. §1325(a)(5)(B)(iii)(I) states "if—property to be distributed pursuant to this subsection is in the form of periodic payments, such payments shall be in equal monthly amounts;. . ."

2.  Courts have construed this section as prohibiting "balloon payment" provisions in Chapter 13 Plans. See In re Lemieux, 206 Bankr. LEXIS 1789, p.4 (Bankr. D. Mass. August 16, 2006) ("[Debtors] have proposed a plan with unequal monthly payments that cannot be confirmed because of the plain language of the statute.") (a copy of which is attached hereto); In re Wagner, 342 B.R. 766, 772 (Bankr. E.D. Tenn. 2006) ("Accordingly, in order to obtain confirmation, the Debtor's Plan must provide for equal monthly payments to New Falls Corporation over the life of the plan until the lien is satisfied. Such treatment cannot then allow for a balloon payment in the final month, as proposed by the Debtor."). See also, Americredit Fin. Servs., Inc. v. Nichols (In re Nichols), 440 F.3d 850, 857 n.6 (6th Cir. 2006) ("Unlike the previous section 1325, the new language seems to require that payments made after confirmation be in equal amounts and keep pace with depreciation during the term of the plan."); In re DeSardi, 340 B.R. 790, 805 (Bankr. S.D. Tex. 2006) ("The

Court understands [§ 1325(a)(5)(B)(iii)(I)] to require payments to be equal once they begin, and to continue to be equal until they cease.").

    3.   In addition, the Plan does not state where said $60,000.00 is coming from, and as such the Plan is not feasible.

Dated this July 19, 2010.

                              MOVANT
                              Ford Motor Credit Company LLC formerly Ford Motor Credit Company

                              By /s/ Mitchell J. Levine
                                  Mitchell J. Levine
                                  Nair & Levin, P.C.
                                  707 Bloomfield Avenue
                                  Bloomfield, CT 06002
                                  BBO No. 638576
                                  mlevine@nairlevin.com
                                  Telephone No. (860) 242-7585

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____

IN RE                                             : CHAPTER 13
ROBERT A. MACARTHUR                : CASE NO. 10-15596JNF

DEBTOR

_____

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2010 in accordance with Rules 7004, 7005, and 9014 F.R.Bankr.P., I have served the following upon all parties entitled to notice (see attached "Exhibit A"):
(1) a copy of the Objection to the Chapter 13 Plan

Dated: July 19, 2010

          THE MOVANT
          Ford Motor Credit Company LLC
          formerly Ford Motor Credit Company

          BY/s/ Mitchell J. Levine
             Mitchell J. Levine, Esq.
             Nair & Levin, P.C.
             707 Bloomfield Avenue
             Bloomfield, CT 06002
             mlevine@nairlevin.com
             BBO #638576
             Telephone No. (860) 242-7585

## **SCHEDULE A**

Debtor(s)' Attorney:
Anthony V. Rozzi, Esquire
21 Wingate St. Suite 104
Haverhill MA01832

Trustee:
Carolyn Bankowski
P.O. Box 8250
Boston, MA 02114
13trustee@ch13boston.com

Office of the U.S. Trustee
John Fitzgerald
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109
USTPRegion01.BO.ECF@USDOJ.GOV

**Energy North, Inc.**
**Scott Carman**
c/o Gallant & Ervin, LLC
One Olde North Road, # 103
Chelmsford, MA 01824
scott@gallant-ervin.com


/s/ Mitchell J. Levine
Mitchell J. Levine